■ In the Matter of LISTON F. COON, as District Attorney, Appellant, against LAFAYETTE W. ARGETSINGER, JR., as Schuyler County Judge, et al., Respondents.— Order unanimously affirmed. The question raised on appeal is academic in view of the decision in *People* v. *Wood* (10 A D 2d 231). Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the VILLAGE OF SANDS POINT, Petitioner, against RICHARD H. SHEPP et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.—Decision of this court, handed down March 22, 1960 (*ante*, p. 778), amended so as to read as follows: Motion to dismiss proceeding granted, without costs, unless petitioner files note of issue, files and serves record and brief on or before April 19, 1960, and is ready for argument at the May Term of this court, in which event the motion is denied. Motion to dismiss proceeding upon the ground it is moot, denied. Motion by respondent to amend its answer so as to include the affirmative defense that the proceeding has become academic and moot and to include the stated allegations and exhibits granted. If the record has been printed the additional papers allowed by this motion may be filed in typewritten form. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of the Claim of AUSTIN J. BOUDREAU. FORD MOTOR COMPANY, Appellant; MARTIN P. CATHERWOOD, as Industrial Commissioner of the State of New York, Respondent.— Application by Associated Industries of New York State, Inc., for leave to file a brief *amicus curiæ*. Application granted. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LEWIS GELAC BROWN, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects denied. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON HAROLD MARTINDALE, Appellant.— Motion for leave to prosecute appeal as a poor person granted. The appeal may be perfected upon one typewritten copy of the record and five typewritten copies of the brief. Motion in all other respects, denied. Bergan, P. J., Coon, Herlihy and Reynolds, JJ., concur; Gibson, J., taking no part.